UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| DENNIS STUMPF,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>INTERNATIONAL GAME FISH ASSOCIATION,<br><br>　　　　Defendant. | Case No. 19-cv-01198-LB<br><br>**ORDER TRANSFERRING CASE TO THE CENTRAL DISTRICT OF CALIFORNIA**<br><br>Re: ECF No. 1 |

　　The plaintiff filed a lawsuit complaining that the International Game Fish Association ("IGFA") denied him a world record for a fish that he caught at Echo Lake in Los Angeles, California.[1] All events took place in the Central District of California. The IGFA does not reside here. Venue thus is not in the Northern District of California and instead is in the Central District of California.

　　"A civil action may be brought in — (1) a judicial district in which any defendant resides, if all defendants are residents of the state in which the district is located; (2) a judicial district in which a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of property that is the subject of the action is situated; or (3) if there is no district in which an action

---

[1] Compl. — ECF No. 1 at 7, 11, 13. Citations refer to material in the Electronic Case File ("ECF"); pinpoint citations are to the ECF-generated page numbers at the top of documents.

ORDER – No. 19-cv-01198-LB

1  may otherwise be brought as provided in this section, any judicial district in which any defendant

2  is subject to the court's personal jurisdiction with respect to such action." 28 U.S.C. § 1391(b).

3  If venue is improper, the court may either dismiss the case without prejudice, or if it is in the

4  "interest of justice," transfer the case "to any district or division in which it could have been

5  brought." 28 U.S.C. § 1406(a); *In re Hall, Bayoutree Assocs., Ltd.,* 939 F.2d 802, 804 (9th Cir.

6  1991). Ordinarily, the interest of justice requires transferring the case to a proper venue rather than

7  dismissing the case. *See Baeta v. Sonchik*, 273 F.3d 1261, 1264–65 (9th Cir. 2001).

8  The court issued an order to cause to the plaintiff to give him an opportunity to show cause by

9  April 16, 2019 why the court should not transfer his case to the Central District of California for

10  lack of venue.[2] He did not respond. Because venue is not in the Northern District, the court

11  transfers the case to the Central District of California.

12  **IT IS SO ORDERED.**

13  Dated: April 29, 2019

15  LAUREL BEELER
United States Magistrate Judge

---

28  [2] Order – ECF No. 10.